UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| ERICK CAFFARELLO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:15-cv-32 |
| | ) |
| RECEIVABLES MANAGEMENT | ) |
| SERVICES, CORP., | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF'S COMPLAINT**

Plaintiff, ERICK CAFFARELLO ("Plaintiff"), through his attorney, AGRUSS LAW FIRM, LLC, alleges the following against Defendant, RECEIVABLES MANAGEMENT SERVICES, CORP. ("Defendant"):

**INTRODUCTION**

1. Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, 15 U.S.C. 1692 et seq. (FDCPA).

**JURISDICTION AND VENUE**

2. This Court has jurisdiction under 28 U.S.C. §§1331, 1337, and 15 U.S.C. §1692k (FDCPA).

3. Jurisdiction of this court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

1

4. Venue and personal jurisdiction in this District are proper because Defendants do or transact business within this District, and a material portion of the events at issue occurred in this District.

## PARTIES

5. Plaintiff is a natural person residing in Valparaiso, Porter County, Indiana.
6. Plaintiff is a consumer as that term is defined by 15 U.S.C. 1692a(3).
7. Plaintiff allegedly owes a debt as that term is defined by 15 U.S.C. 1692a(5).
8. Defendant is a debt collector as that term is defined by 15 U.S.C. 1692a(6).
9. Within the last year, Defendant attempted to collect a consumer debt from Plaintiff.
10. Defendant is a national collection agency headquartered in Bethlehem, Pennsylvania.
11. Defendant's business includes, but is not limited to, collecting on unpaid, outstanding account balances.
12. When an unpaid, outstanding account is placed with Defendant it is assigned an account number.
13. The principal purpose of Defendant's business is the collection of debts allegedly owed to third parties.
14. Defendant regularly collects, or attempts to collect, debts allegedly owed to third parties.
15. During the course of its attempts to collect debts allegedly owed to third parties, Defendant sends to alleged debtors bills, statements, and/or other correspondence, via the mail and/or electronic mail, and initiates contact with alleged debtors via various means of telecommunication, such as by telephone and facsimile.
16. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

2

## FACTUAL ALLEGATIONS

17. Defendant is attempting to collect an alleged consumer debt from Plaintiff on behalf of the original creditor, Travelers Insurance, original claim number ending in 3028-NT, Defendant's account number 00025206190 ("Account").

18. Plaintiff's alleged debt owed arises from transactions for personal, family, and household purposes.

19. On August 2, 2012, Plaintiff paid his alleged debt with Travelers Insurance for $50.00, the entire amount due. *See* Exhibit A.

20. Despite Plaintiff's payment of his alleged debt, in full, Defendant was assigned to collect on Plaintiff's account.

21. Therefore, Defendant is attempting to collect an alleged debt not owed by Plaintiff.

22. On July 31, 2014, Defendant sent Plaintiff a letter in an attempt to collect Plaintiff's alleged debt not owed. *See* Exhibit B

23. On August 9, 2014, Plaintiff disputed the alleged debt by sending Defendant, via certified mail-return receipt requested, No. 7014-0510-0000-1025-4527, a request for debt validation. *See* Exhibit C.

24. Also within the aforementioned letter to Defendant, Plaintiff requested that Defendant cease "all future attempts to collect on the said debt." *See* Exhibit C.

25. Plaintiff received a receipt of delivery for the above-referenced letter. *See* Exhibit C.

26. Despite having received confirmation that Defendant received Plaintiff's request for debt validation and cease and desist request, Defendant sent Plaintiff three additional letters on October 4, 2014, November 4, 2014, and December 2, 2014 attempting to collect on Plaintiff's alleged debt not owed. *See* Exhibits D, E and F.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

27. Defendant violated the FDCPA based on the following:

    a. Defendant violated §1692c(c) of the FDCPA by communicating with the consumer with respect to such debt after the consumer notified a debt collector in writing that the consumer refuses to pay a debt or that the consumer wishes the debt collector to cease further communication with the consumer, when Defendant continued to send Plaintiff collection letters in an attempt to collect the alleged debt not owed after Plaintiff notified Defendant in writing to cease communication;

    b. Defendant violated §1692d of the FDCPA by engaging in conduct that the natural consequences of which was to harass, oppress, and abuse Plaintiff in connection with the collection of an alleged debt, when Defendant continued to send Plaintiff collection letters in an attempt to collect on Plaintiff's alleged debt not owed despite Plaintiff's cease and desist letter; and

    c. Defendant violated §1692e(2)(A) of the FDCPA by falsely representing the amount of any debt, when Defendant attempted to collect a debt not owed from Plaintiff;

WHEREFORE, Plaintiff, ERICK CAFFARELLO, respectfully requests judgment be entered against Defendant, RECEIVABLES MANAGEMENT SERVICES, CORP., for the following:

28. Statutory damages of $1,000.00 pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k,

29. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k

30. Any other relief that this Honorable Court deems appropriate.

RESPECTFULLY SUBMITTED,

January 26, 2015

By: /s/ Michael S. Agruss
Michael S. Agruss (IL SBN: 6281600)
Agruss Law Firm, LLC
4619 N. Ravenswood Ave.
Suite 303A
Chicago, IL 60640
Tel: 312-224-4695
Fax: 312-253-4451
michael@agrusslawfirm.com
Attorney for Plaintiff

# **EXHIBIT A**

# **EXHIBIT B**

# **<u>EXHIBIT C</u>**

# **EXHIBIT D**

# **EXHIBIT E**

# **EXHIBIT F**